IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DONALD J. FERNANDES,<br><br>     Petitioner,<br><br>vs.<br><br>M. ELIOT SPEARMAN, Warden, High Desert State Prison,[1]<br><br>     Respondent. | No. 2:15-cv-00213-JKS<br><br>ORDER |
|---|---|

   Donald J. Fernandes, a state prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus with this Court pursuant to 28 U.S.C. § 2254. One of Fernandes' habeas claims concerns the decision of the trial court, which after conducting an *in camera* inspection, rejected Fernandes' request for the subpoenaed mental health records of the deceased victim. Petitioner argues that by refusing to provide these records to the defense, his constitutional right to present a defense was violated because the records would have substantially corroborated his testimony as to the events that led to the victim's death. Petitioner asserted this claim in the state appellate courts, which were provided the entirety of the mental health records under seal for *in camera* inspection in order to evaluate Petitioner's appellate claim in case number C070233.

   As aforementioned, Petitioner has reasserted the claim in his habeas petition before this Court. Because the mental health records are confidential in nature, they were subject to a sealing order and not included in the Appellate Record currently before the Court. However, the

---

   [1]  M. Eliot Spearman, Warden, High Desert State Prison, is substituted for Scott Frauenheim, Warden, Pleasant Valley State Prison. FED. R. CIV. P. 25(c).

Court finds it necessary to obtain the entirety of the confidential records for its evaluation of Petitioner's claim.

**IT IS THEREFORE ORDERED THAT** the Clerk's Office of the Third Appellate District of the California Court of Appeal is respectfully directed to submit to this Court at its earliest convenience a copy of pages 99 through 167 of the Clerk's Transcript on Appeal in the underlying Court of Appeal case number C070233. These documents may be deemed unsealed only to the extent necessary to effectuate the transfer of the records to this Court. The documents shall otherwise remain sealed and confidential.

The Clerk of the Court is directed to provide the Clerk's Office of the Third Appellate District of the California Court of Appeal a copy of this order.

Dated: March 6, 2019.

    /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge